PETER D. KEISLER
Assistant Attorney General

EUGENE M. THIROLF
Director, Office of Consumer Litigation

ELIZABETH STEIN (VA Bar No. 15288)
Attorney, Office of Consumer Litigation
Civil Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: 202-307-0066
Facsimile: 202-514-8742
Email: Elizabeth.Stein2@usdoj.gov

Attorneys for Plaintiff United States of America

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>YESMAIL, INC, d/b/a @ONCE CORPORATION, a Delaware corporation,<br><br>    Defendant. | Civ. No. **C-06-6611**<br><br>STIPULATION REGARDING RETENTION OF JURISDICTION |

   Plaintiff, the United States of America, and Defendant, Yesmail, Inc., through their undersigned counsel, hereby submit for the approval of the Court as an addendum to and clarification of the Stipulated Final Order For Civil Penalties, Permanent Injunction, and Other Equitable Relief lodged with the Court on October 30, 2006, this stipulation regarding retention of jurisdiction. The parties hereby consent to retention of jurisdiction of this action by a

Stipulation Jurisdiction, C-06-6611          Page 1 of 3

Magistrate Judge of this Court for all purposes authorized by law, including construction, modification and enforcement of this Order. 28 U.S.C. § 636.[1]

The parties, by their respective counsel, hereby consent to the terms and conditions of the Stipulated Final Order For Civil Penalties, Permanent Injunction, and Other Equitable Relief Stipulated Order as set forth therein and consent to the entry thereof as clarified by this Stipulation.

For Plaintiff United States of America

PETER D. KEISLER
Assistant Attorney General
Civil Division

   /S/ Elizabeth Stein
ELIZABETH STEIN, Trial Attorney
Office of Consumer Litigation
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
PHONE: 202-307-0066
FAX:      202-514-8742
Elizabeth.Stein2@usdoj.gov

---

[1] Pursuant to 28 U.S.C. § 636, a Magistrate Judge would have to bring to the attention of this Court any contempt proceeding

Stipulation Jurisdiction, C-06-6611       Page 2 of 3

FOR THE DEFENDANT:

 /S/ Trent J. Martinet
Trent J. Martinet
Erickson & Sederstrom, P.C.
One Regency Westpointe
10330 Regency Parkway Drive
Omaha, NE 68114

 /S/ Fred Vakili
Yesmail, Inc., d/b/a @Once Corporation
Fred Vakili, President
959 Skyway Road
Suite 150
San Carlos, California 94070

**SO ORDERED** this __1ST_____ day of _February__, 2007.

_____
United States District Judge